ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
AKERMAN SENTERFITT LLP
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jacob.bundick@akerman.com

*Attorneys for Defendants Bank of America N.A. and BAC Home Loans Servicing, LP*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARREN KATICH and LESLIE KATICH, <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA HOME LOANS, a wholly owned subsidiary of BANK OF AMERICA N.A., a foreign corporation; BAC HOME LOANS SERVICING, LP; CAL-WESTERN RECONVEYANCE CORPORATION, a foreign corporation; DOES 1 through X, inclusive; and ROE COMPANIES I through X, inclusive, <br><br> Defendants. | Case No.: 2:10-cv-00916-KJD-GWF <br><br> **STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiffs DARREN KATICH and LESLIE KATICH ("Plaintiffs") and BAC HOME LOANS SERVICING, L.P., appearing for itself and the erroneously named BANK OF AMERICA HOME LOANS, and BANK OF AMERICA, N.A. (collectively "Defendants"), hereby stipulate and agree to voluntarily dismiss this case without prejudice.

///

///

///

///

///

{LV025921;1}

1

It is further stipulated and agreed between the parties that should Plaintiffs choose to file another lawsuit concerning the same claims, they will be responsible to pay the Defendants' attorneys fees and costs associated with the defense of the instant case.

Dated this 31st day of March, 2011.

**CALLISTER + ASSOCIATES**

/s/ Matthew Q. Callister

MATTHEW Q. CALLISTER
Nevada Bar No. 1396
MITCHELL S. BISSON
Nevada Bar No. 11920
823 Las Vegas Boulevard South, Fifth Floor
Las Vegas, Nevada 89101

*Attorneys for Plaintiffs*

Dated this 31st day of March, 2011.

**AKERMAN SENTERFITT LLP**

/s/ Jacob D. Bundick

ARIEL E. STERN
Nevada Bar No. 8276
JACOB D. BUNDICK
Nevada Bar No. 9772
400 South Fourth Street, Suite 450
Las Vegas, Nevada 89101

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Date: 4/13/11

{LV025921;1}

2